ELLEN L. PROCTOR and JAMES C. PROCTOR
vs.
JOHN F. WEIGOLD, ET AL.

Superior Court          Fairfield County          File #33805
#33349

Present:   Hon. NEWELL JENNINGS, Judge.

Louis M. Altman,                    Attorney for the Plaintiffs.

Walsh & Buckley,                    Attorneys for the Defendants.

## MEMORANDUM FILED APRIL 27, 1937.

JENNINGS, J.   To the original complaints sounding in negligence, the plaintiff seeks to add by amendment a second count.   The proposed amendment prays for the setting aside of a conveyance for fraud on the plaintiff.   The propriety of including such a count in this suit is questioned by the defendants.   This raises an issue of law which may not be decided on a motion to amend but should be squarely raised by demurrer.

Newman vs. Golden, 108 Conn. 676, 679.

Smith vs. Furness, 117 Conn. 97, 100.

The motions to amend are granted.